IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RBC CAPITAL MARKETS, LLC,                  §
                                           §
            Petitioner,                     §
                                           §
v.                                         §                    1:25-CV-1436-RP
                                           §
JOSEPH SEIDLER,                            §
                                           §
            Respondent.                     §

## **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Petitioner RBC Capital Markets, LLC's ("Petitioner") Motion to Confirm Arbitration Award, (Dkt. 6). (R&R, Dkt. 7). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on May 11, 2026. (*Id.*). As of the date of this Order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

1

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 7), is **ADOPTED**.

Petitioner's Motion to Confirm Arbitration Award, (Dkt. 6), is **GRANTED**, such that it is **ORDERED, ADJUDGED, and DECREED** that the Final Arbitration Award, attached hereto as Exhibit 1, is **CONFIRMED** and shall hereafter be considered and enforced as a final judgment of this Court. All monetary relief and non-monetary relief awarded in the Final Award is hereby incorporated by reference and considered to be the final judgment of this Court, including that Petitioner RBC Capital Markets, LLC is awarded:

(a) $ 7,121,902.08 for the unpaid principal on the 2021 Note, plus interest at the rate of 1.02% per annum from September 10, 2024, through and including the date the award is paid in full;

(b) $559,500.75 for the unpaid principal on the 2022 Note, plus interest at the rate of 2.95% per annum from September 10, 2024, through and including the date the award is paid in full;

(c) $250,295.32 for the Net Pay Shortfall;

(d) $6,323.34 for unearned IAG fees;

(e) $5,403.18 in attorneys' fees;

(f) $3,375.00 to reimburse RBC for the non-refundable portion of the filing fee previously paid to FINRA; and

(g) $300 to reimburse RBC for the Paper Decisions Fee previously paid to FINRA.

2

**IT IS FURTHER ORDERED** that this judgment shall bear post-judgment interest at the rate equal to the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week preceding this judgment, compounded annually, from the date of this judgment until paid. 28 U.S.C. § 1961. All relief not expressly granted herein is denied.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on June 9, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE